IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GABRIEL QUINTIN FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-547-WKW |
| ) | [WO] |
| MONTGOMERY COUNTY JAIL, ) | |
| SGT. TOWNSEND, CO NIX, ) | |
| CO SELMA, LT. HARDY, ) | |
| SGT. MCGHEE, SONJA M. ) | |
| PRITCHETT, and JAMES DILL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 15) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE